UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUCIANO LOZANO,<br><br>Petitioner(s),<br>v.<br><br>TODD BLANCHE, et al. ,<br><br>Respondent(s). | CASE NO. C26-3395-KKE<br><br>ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS* |

Currently before the Court is Petitioner's application to proceed *in forma pauperis* in this 28 U.S.C. § 2241 habeas action. Dkt. No. 1. Petitioner demonstrates that he is unable to afford the $5.00 filing fee. Accordingly, the Court GRANTS Petitioner's application to proceed *in forma pauperis*.

Dated this the 17th day of September, 2026.

Kymberly K. Evanson
United States District Judge